Boyd D. HUDSON, Cindy Kaye Hudson, Plaintiffs– Appellants,

v.

REMINGTON ARMS COMPANY, INC., Rachi Holding, Inc., E.I. DuPont De Nemours & Co., E I. DuPont De Nemours and Company; John Does 1–20, Defendants–Appellees.

No. 04–60635.

United States Court of Appeals, Fifth Circuit.

Decided May 16, 2005.

Barry Wade Gilmer, Gilmer Law Firm, Madison, MS, for Plaintiffs–Appellants.

---

Deborah D. Kuchler, Janika D. Polk, Abbott, Simses & Kuchler, New Orleans, LA, Dale Gene Wills, Swanson, Martin & Bell, Chicago, IL, for Defendants–Appellees.

Before DAVIS, STEWART and DENNIS, Circuit Judges.

PER CURIAM: *

After reviewing the record in this case and based upon the briefs of the parties and argument of counsel, we affirm the district court's judgment essentially for the reasons stated in its June 10, 2003 Oral Bench Opinion. *See also Bridges v. Metabolife Intern., Inc.,* 119 Fed.Appx. 660, 2005 WL 65498 (5th Cir.2005).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.